IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD JEFFERSON,

    Plaintiff,      No. CIV S-09-2562 FCD GGH PS

    vs.

SAVE MART SUPERMARKET, a
Ca. Corp., dba FOODMAXX, et al.,

    Defendant.      <u>ORDER TO SHOW CAUSE</u>

_____/

    On September 29, 2009, the court entered its order granting plaintiff's request to proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a USM-285 form. Pursuant to that order, within 15 days from the September 29th filed date of the order, plaintiff was to provide the United States Marshal with the information to complete service of process. The court has not received a proof of service showing that the defendant has been served, and the U.S. Marshal has no record of the documentation being filed with their office.

\\\\\

\\\\\

\\\\\

\\\\\

1      THEREFORE, plaintiff is ordered to show cause, within fourteen (14) days, why
2  this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).
3  DATED: February 26, 2010

                                              /s/ Gregory G. Hollows
                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

jefferson2562.nosrv