IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD JEFFERSON,
        Plaintiff,

vs.

SAVE MART SUPERMARKET, a Ca. Corp., dba FOODMAXX, et al.,

        Defendants.
_____/

No. CIV S-09-2562 FCD GGH PS

ORDER

        Defendants Glickman's and Willey's amended motions to dismiss and to strike presently are calendared for hearing on August 5, 2010, as are defendants Save Mart Supermarket's and Ostergard's motion to dismiss. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The August 5, 2010 hearing on the motions to dismiss, and motion to strike, filed June 28 and 29, 2010, is vacated; and

2. The motions are submitted on the record.

DATED: July 20, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Jefferson2562.vac.wpd