IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD JEFFERSON,
    Plaintiff,

vs.

No. CIV S-09-2562 FCD GGH PS

SAVE MART SUPERMARKET, a Ca. Corp., dba FOODMAXX, et al.,

    Defendants.

ORDER

/

    Defendants Save Mart Supermarket's and Ostergard's motion to dismiss is presently calendared for hearing on September 16, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1. The September 16, 2010 hearing on the motion to dismiss, filed August 4, 2010, (dkt. # 22), is vacated; and

    2. The motion is submitted on the record.

DATED: September 9, 2010

    /s/ Gregory G. Hollows

    U. S. MAGISTRATE JUDGE

GGH:076:Jefferson2562.vac2.wpd