UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD JEFFERSON,<br><br>      Plaintiff,<br><br>  v.<br><br>SAVE MART SUPERMARKET,<br>et al.,<br><br>      Defendants. | NO. 2:09-cv-2562 FCD GGH PS<br><br>**ORDER AND ORDER TO SHOW CAUSE<br>RE SANCTIONS** |

----oo0oo----

    1.   The hearing on Defendants' Motion for Attorney Fees (Docket No. 53) is continued to August 5, 2011, at 10:00 a.m. Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than July 22, 2011.  The defendants may file and serve a reply on or before July 29, 2011.

    2.   Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

    3.   Plaintiff shall file his response to the order to show cause on or before July 22, 2011.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: July 14, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE